No. 05–6962. SALDANE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–6964. SUNDAY v. CIRCUIT COURT OF ALABAMA, BARBOUR COUNTY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–6967. WASHINGTON v. CULLIVER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–6968. VELEZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 05–6970. WATKINS v. BASSETT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 05–6973. COTA v. CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6978. ALLEN v. DONNELLY, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–6980. LANCASTER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–6984. ESTABROOK v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–6988. SPAN v. FLAHERTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6989. OTTE v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 05–6990. BISHOP v. CANDELARIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6991. BROWN v. HOWARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–6995. WILHOIT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 05–6996. ZAPPLEY v. VETERANS MEDICAL CENTER ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–7003. HARVEY v. LOUISIANA. Sup. Ct. La. Certiorari denied.